THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LESLIE GRANT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTURYLINK, TY LEMASTER and CHRIS DENZIN,<br><br>　　　　　Defendants. | No. 3:12-cv-06082 BHS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS INDIVIDUAL DEFENDANTS PURSUANT TO FED. R. CIV. P. 12(b)(6)<br><br>NOTE ON MOTION CALENDAR:<br>Friday, February 22, 2013 |

　　　THIS MATTER came before the Court on Defendants' unopposed Motion to Dismiss Individual Defendants Pursuant to Fed. R. Civ. P. 12(b)(6). The Court, having reviewed the records and files herein, including Defendants' motion, Plaintiff's opposition, if any, and Defendants' reply, if any, and being fully advised on the premises:

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' motion is GRANTED. Judgment shall be and hereby is entered in favor of Defendants Ty Lemaster and Chris Denzin, and Plaintiff's claims against Defendants Ty Lemaster and Chris Denzin are dismissed with prejudice.

CERTIFICATE OF SERVICE (No. 3:12-cv-06082 BHS) – 1

13141-3000/LEGAL25630711.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: January 31, 2013

s/ James E. Sanders
s/ William B. Stafford
James E. Sanders #24565
William B. Stafford #39849
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: JSanders@perkinscoie.com
WStafford@perkinscoie.com
Attorneys for Defendant

DATED this 27th day of February, 2013

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING MOTION TO DISMISS
INDIVIDUAL DEFENDANTS (No. ) – 2

13141-3000/LEGAL25630711.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000